UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br>*Plaintiff*,<br>v.<br>DEPARTMENT OF JUSTICE,<br>*Defendant*. | Civil Action No. 26-2384 (TNM) |

**JOINT STATUS REPORT**

Plaintiff, Public Citizen, and Defendant, the United States Department of Justice ("the Department" or "DOJ"), respectfully submit this joint status report in this Freedom of Information Act ("FOIA") matter pursuant to the Court's September 14, 2026, Minute Order.

**Defendant's Position**

The Department provides the following updates regarding the processing of Plaintiff's FOIA requests.

**FOIA-2026-03244 (May 18, 2026)**: OIP's initial search is now complete. OIP has additionally completed its initial review of the search results and has completed an initial processing of the potentially responsive records located.[1] Having completed this initial processing, OIP has sent these potentially responsive records for consultation with other DOJ components and Executive Branch agencies having equities in those pages. OIP is required to complete all consultations prior to issuing a final determination on an individual record and requests that the Court afford sufficient time to complete the consultation process. *See* 28 C.F.R. § 16.4(d)(1)

[1] "Processing" includes further responsiveness review, manual de-duplication, and application of FOIA exemptions as applicable.

("When records originated with the component processing the request but contain within them information of interest to another component, agency, or other Federal Government office, the component processing the request should typically consult with that other component or agency prior to making a release determination."). Accordingly, OIP intends to issue a response upon completion of the consultation process.

**FOIA-2026-03422 (June 2, 2026)**: This Court previously denied the Department's motion for judgment on the pleadings related to this request. Mem. Or. (Dkt. 19). OIP has completed a search and is presently reviewing potentially responsive records to determine whether any records are responsive to this request.

Defendant requests that the Court permit the parties to file another joint status report on or before January 14, 2027.

**Plaintiff's Position**

**FOIA-2026-03244 (May 18, 2026)**: Although DOJ states that its Office of Information Policy (OIP) has completed its initial review and processing of the records located in its initial search, it does not provide either the number of potentially responsive records it located or the anticipated dates of release of the requested records. Instead, DOJ states that OIP has sent all the potentially responsive records for consultation with other DOJ components and Executive Branch agencies having equities in those pages. Even where other agencies have equities in responsive records, however, "when an agency receives a FOIA request for 'agency records' in its possession, it must take responsibility for processing the request." *McGehee v. C.I.A.*, 697 F.2d 1095, 1110 (D.C. Cir. 1983). And the timing of OIP's consultation with other DOJ components is entirely within DOJ's control.

**FOIA-2026-03422 (June 2, 2026)**: Although DOJ states that OIP has completed a search, it does not provide any estimate of the number of potentially responsive pages or an expected timeline for release of those records.

Public Citizen requests that the Court require the parties to file another joint status report by December 12, 2026, and require that joint status report to include: 1) the number of responsive records located and the expected timeline for release of those records; and 2) the number of pages in external consultation, if any, the agencies or components to which the pages were sent, how many pages were sent to each agency or component, when the pages were sent, and when DOJ expects each consultation to be complete.

Dated: November 12, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *___/s/ Dimitar P. Georgiev___*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

/s/ Adina H. Rosenbaum
Adina M. Rosenbaum
(DC Bar No. 490928)
Nandan M. Joshi
(DC Bar No. 456750)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Attorneys for Plaintiff Public Citizen*